BRYAN, Judge,
concurring specially.
Our supreme court’s analysis in Jackson County Hospital v. Alabama Hospital Ass’n Trust, 619 So.2d 1369, 1370-71 (Ala.1993), compels me to conclude that Willie Jones’s claims based on §§ 25 — 5—11(c)(1) and (c)(2), Ala.Code 1975, do not “arise under” the Alabama Workers’ Compensation Act, § 25-5-1 et seq., Ala.Code 1975. Therefore, I agree that Jones’s release of “any and all claims ... arising under the Alabama Workers’ Compensation Act” does not include his claims based on §§ 25 — 5—11(c)(1) and (c)(2).